IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:19-CR-25 |
| | § | JUDGES JDK/JDL |
| ANDREW MARK HARRIS (06) | § | |

## ELEMENTS OF THE OFFENSE

### Count 1

| | |
|---|---|
| VIOLATION: | 21 U.S.C. § 846 (Conspiracy to distribute and possess with intent to distribute methamphetamine) |
| PENALTY: | A fine of not more than $1,000,000; imprisonment for not more than twenty (20) years; or both.  A term of supervised release of at least three (3) years. |
| MANDATORY ASSESSMENT: | $100.00. |

The Defendant is charged in Count 1 of the Information with conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

The essential elements which must be proven to establish a violation of this offense are:

**First**:  That two or more persons, directly or indirectly, reached an agreement to

commit the offense of distribution of and possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, as charged in the Information;

**Second**:   That the Defendant knew of the unlawful purpose of the agreement;

**Third**:   That the Defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

/s/ Alan R. Jackson_____
Alan R. Jackson
Assistant U. S. Attorney
110 North College St., Suite 700
Tyler, Texas 75702
(903) 590-1400
State Bar No. 10453300
alan.jackson@usdoj.gov

CERTIFICATE OF SERVICE

On this 15th day of August, 2019, I, Alan R. Jackson, Assistant U. S. Attorney for the Eastern District of Texas, do hereby certify that a true and correct copy of the foregoing instrument has been served on the following according to the Federal Rules of Criminal Procedure and the rules of this Court:   Kenneth Hawk, attorney for the Defendant.

/s/   Alan R. Jackson
ALAN R. JACKSON